UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GARDEN CITY BOXING CLUB INC, as Broadcast Licensee of the September 13, 2003, De La Hoya/Mosley Event | } } } } | |
| Plaintiff, | } } | |
| VS. | } } | CIVIL ACTION NO. H-05-3318 |
| SILVIA MATA CARDENAS, individually and doing business as Yellowstone Club a/k/a Yellowstone Club & Game Room | } } } } | |
| Defendant. | } | |

### FINAL JUDGMENT

The Court having granted Summary Judgment for the Plaintiff in the above styled and numbered cause of action, it is hereby ORDERED, ADJJUDGED AND DECREED that Plaintiff Garden City Boxing Club Inc., as Broadcast Licensee of the September 13, 2003, De La Hoya/Mosley Event recover of defendant Silvia Mata Cardenas, individually and doing business as Yellowstone Club a/k/a Yellowstone Club & Game Room for her violation of 47 U.S.C. Section 605:

Twenty Thousand and 00/100 Dollars ($20,000) in statutory damages, Two Thousand Five Hundred and 00/100 Dollars in attorneys' fees, and Two Hundred Fifty Dollars in costs for a total of Twenty-two Thousand Seven Hundred Fifty and 00/100 Dollars, together with post judgment interest at 5.02 per cent.

Signed at Houston, Texas, this 21st day of September, 2006.

_____
Melinda Harmon
United States District Judge